IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00914-WYD-MEH

ENGEL & REIMAN, P.C, a Colorado professional corporation,
BARRY S. ENGEL, and
EDWARD D. BROWN,

      Plaintiffs,

v.

THE STATE NATIONAL INSURANCE COMPANY, a Texas corporation, and
FIRST MERCURY INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2009.**

      The Stipulated Joint Motion for Entry of Protective Order [filed June 12, 2009; docket #12] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.