IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00914-WYD-MEH

ENGEL & REIMAN, P.C, a Colorado professional corporation,
BARRY S. ENGEL, and
EDWARD D. BROWN,

    Plaintiffs,

v.

THE STATE NATIONAL INSURANCE COMPANY, a Texas corporation, and
FIRST MERCURY INSURANCE COMPANY, an Illinois corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2009.**

    Defendants' Unopposed Motion for Leave to File Amended Answer [filed July 17, 2009; docket #19] is **granted**. Defendants shall file the Amended Answer and Jury Demand found at docket #19-2, without the cover sheet, **on or before July 22, 2009**.