IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00914-WYD-MEH

ENGEL & REIMAN, P.C, a Colorado professional corporation,
BARRY S. ENGEL, and
EDWARD D. BROWN,

     Plaintiffs,

v.

THE STATE NATIONAL INSURANCE COMPANY, a Texas corporation, and
FIRST MERCURY INSURANCE COMPANY, an Illinois corporation,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 11, 2009.**

The Stipulated Motion to Vacate Settlement Conference [filed September 10, 2009; docket #26] is **granted**. The conference set for September 18, 2009, is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **September 17, 2009**, to set a new conference date.

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Written Discovery [filed September 10, 2009; docket #27] is **granted**. Plaintiffs shall respond to Defendants' First Set of Combined Discovery on or before **September 18, 2009**.